IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TERRY L. ROBINSON,
    Petitioner,

vs.                                               Case No. 3:09cv152/RV/EMT

STATE OF FLORIDA, et al.,
    Respondents.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated May 27, 2009 (Doc. 21). Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the report and recommendation, and any timely filed objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The amended petition for writ of habeas corpus (Doc. 16) is **DISMISSED** without prejudice on the ground that the abstention doctrine set forth in <u>Younger v. Harris</u>, 401 U.S. 37, 91 S. Ct. 746, 27 L. Ed. 2d 669 (1971) applies.

3. All pending motions are **DENIED** as moot.

**DONE AND ORDERED** this 26th day of June, 2009.

                                       /s/ *Roger Vinson*
                                       **ROGER VINSON**
                                       **SENIOR UNITED STATES DISTRICT JUDGE**